144

**UNITED STATES of America, Appellant,
v. YUNG POY, also known as Paul
Young, Appellee.**

No. 12225.

United States Court of Appeals
Ninth Circuit.

Oct. 13, 1949.

Frank J. Hennessy, U. S. Atty., Edgar R. Bonsall, Asst. U. S. Atty., San Francisco, Cal. (Lloyd E. Gowen, Asst. Adjudications Officer, Imm. & Nat. Service, of the brief), for appellant.

Norman Stiller, San Francisco, Cal., for appellee.

Before GOODRICH and BONE, Circuit Judges, and HALL, District Judge.

PER CURIAM.

The judgment of the District Court is affirmed upon the authority of the decisions cited therein, i. e.: Haff, Com'r, v. Yung Poy, 9 Cir., 68 F.2d 203; In re Chi Yan Cham Louie, D.C., 70 F.Supp. 493, appeal dismissed, Bonham v. Chi Yan Cham Louie, 9 Cir., 166 F.2d 15; Petition of Wong Choon Hoi, D.C., 71 F.Supp. 160, appeal dismissed, Carmichael v. Wong Choon Hoi, 9 Cir., 164 F.2d 696.

**William Richard WILLIAMS, Appellant, v. W. H. HIATT, Warden, United States Penitentiary, Atlanta, Georgia.**

No. 12751.

United States Court of Appeals
Fifth Circuit.

Oct. 25, 1949.

William Richard Williams, in pro. per.

J. Ellis Mundy, U. S. Atty., Atlanta, Ga., Harvey H. Tisinger, Asst. U. S. Atty., Atlanta, Ga., for appellee.

Before HUTCHESON, HOLMES and SIBLEY, Circuit Judges.

PER CURIAM.

A careful consideration of the judgment in this case in the light of the record leaves us in no doubt that the appeal is without merit. The judgment is affirmed.

**H. L. MYERS v. Walter A. HUNTER, Warden, United States Penitentiary, Leavenworth, Kansas.**

No. 3926.

United States Court of Appeals
Tenth Circuit.

Sept. 13, 1949.

Gregory A. Mueller, Denver, Colo., for appellant.

Lester Luther, U. S. Atty., Thomas J. Brown, Asst. U. S. Atty., and Malcolm Miller, Asst. U. S. Atty., Topeka, Kan., for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN, Circuit Judges.

Appeal dismissed, on ground that appeal was moot.